IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GENAE GEORGE,**

    **Plaintiff,**

v.                                           Case No. 1:18cv53-MW/GRJ

**NANCY A. BERRYHILL,**
**Deputy Commissioner of Operations,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED with prejudice** as barred by res judicata." The Clerk shall close the file.

**SO ORDERED on June 19, 2018.**

                                                 **s/Mark E. Walker           **
                                                 **United States District Judge**